[No. 74941-2-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SAICHAUN P. HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-01615-8, J. Wesley Saint Clair, J., entered March 4, 2016. *Denied* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74973-1-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *on the Relation of Gwendolyn Baird, Respondent*, v. ERIC K. WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-03313-7, Meg Sassaman, J. Pro Tem., entered February 2, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Trickey, JJ.

[No. 75291-0-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. C.M.F., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 16-8-00009-1, Brian L. Stiles, J., entered May 26, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Trickey, JJ.

[No. 75324-0-I.   Division One.   June 12, 2017.]

OLIVIA MORA, *Appellant*, v. GREEN RIVER COLLEGE, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated August 21, 2017. Substitute opinion filed. See 200 Wn. App. 1026.